# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL J. SMITH,

    *Plaintiff*,

vs.

BRIAN WILLIAMS*, et al.*

    *Defendants*.

2:10-cv-00632-JCM-PAL

ORDER

    Following upon plaintiff's notice (#6) of change of address, which reflects that plaintiff was released from custody shortly after the mailing of the Court's prior order (#4), plaintiff will be sent another copy of ## 4 and 5, and the current deadline for the filing of an amended complaint will be extended.

    Given that plaintiff no longer is in custody, the prison mailbox rule no longer applies to his compliance with deadlines in this matter. His papers must be in fact filed, rather than merely mailed, by the deadline. If plaintiff has any questions regarding filing procedures for a *pro se* litigant, he may contact the Clerk's Office, at 333 Las Vegas Blvd. South, Las Vegas, Nevada, 702-464-5400. Law library resources for *pro se* litigants are available through the Clark County Law Library, at 309 South Third Street, Suite 400, Las Vegas, Nevada, 702-455-4696. The current web address is: http://www.accessclarkcounty.com/law_library.

    IT THEREFORE IS ORDERED that the deadline for plaintiff to file an amended complaint in response to the prior order (#4) is extended up to and including thirty (30) days from entry of this order.

1  The Clerk of Court shall send plaintiff another copy of ## 4 and 5 together with two
2  copies of a Section 1983 complaint form and one copy of the instructions for same.
3  DATED: November 24, 2010

_____
PEGGY A. LEEN
United States Magistrate Judge